In the Matter of HAZEL BISHOP, Appellant. HAZEL BISHOP, INC., et al., Respondents.— As it appears that petitioner has not been afforded an adequate opportunity to examine and inspect the books and records of Hazel Bishop, Inc., there is no need of a reference to establish that fact. In view of the special circumstances here, such inspection should proceed to completion under the supervision of a referee. Petitioner's motion to punish defendant [respondent corporation] for contempt should at this time be denied. Petitioner's cross motion to inspect the books and records of the two corporations Product Enterprises Corporation and Raymond Spector Company, Inc., was properly denied as they are not parties to this proceeding. The order is accordingly modified by granting the motion and cross motion only to the extent of appointing a referee to supervise the further inspection of the books and records of Hazel Bishop, Inc. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Bergan, JJ.

■

MARK SANDS et al., Individually and Doing Business under the Name of ALLOYED METALS COMPANY, Respondents, v. DANIEL KLEIN et al., Appellants, et al., Defendants.— Appeal unanimously dismissed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

EDWARD P. PAUL AND COMPANY, INC., Appellant, v. NATIONAL TILEBOARD CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

MONTGOMERY WOODSON, Respondent, v. NOEL FLEURANGES et al., Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

TELE KING CORPORATION, Respondent, v. MURRAY J. ABELES, Appellant, et al., Defendants.— Order affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.; Peck, P. J., dissents in part and votes to modify by dismissing the fourth cause of action. [See post, p. 755.]

■

JAMES L. HANIFEN, Respondent, v. LEON TEMPELSMAN et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

MORTON J. GOLDING et al., Respondents, v. MORRIS ROSENBERG, Appellant, and SAMUEL KRONSKY et al., Doing Business as SAMUEL KRONSKY Co., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiffs-respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.